```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA


SALLY NOYES,Personal              )
Representative of the             )
Estate of Clyde Noyes             )        8:05CV322
                                  )
          Plaintiff,              )
                                  )
     vs.                          )        ORDER
                                  )
FORD MOTOR COMPANY,               )
                                  )
          Defendant.              )
_____)
```

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 14).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Monday, October 17, 2005, at 10:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 20th day of September, 2005.

```
                              BY THE COURT:


                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court
```