IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SALLY NOYES, Personal Representative of the Estate of CLYDE NOYES,<br><br>                Plaintiff,<br><br>   vs.<br><br>FORD MOTOR COMPANY,<br><br>                Defendant. | 8:05CV322<br><br>ORDER |

      This matter is before the court on its own motion, to reschedule the final pretrial conference.

      **IT IS ORDERED:**

      1. The Final Progression Order [16] is amended **only** to reschedule the date and time of final pretrial conference.

      2. The final pretrial conference currently set for September 1, 2006 is rescheduled to **September 15, 2006, at 9:00 a.m.,** before the undersigned magistrate judge.

      3. If this new date creates a conflict for counsel, please contact opposing counsel and the court at (402) 661-7340 to reschedule.

      Dated this 3rd day of March 2006.

                                  BY THE COURT:

                                  S/ F. A. Gossett
                                  United States Magistrate Judge