IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SALLY NOYES, Personal Representative of the Estate of Clyde Noyes, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:05CV322 |
| v. | ) ) | |
| FORD MOTOR COMPANY, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the joint stipulation of dismissal (Filing No. 59) filed by the parties. Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own costs.

DATED this 13th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court